UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1041

T. MICHAEL SCOTT; SUFFERN ASSOCIATES, LLC; CATHERINE C.
DAVIS; MICHAEL D. DAVIS,

Plaintiffs – Appellants,

v.

BRANCH BANKING & TRUST COMPANY, successor by merger to
Branch Banking and Trust Company of Virginia,

Defendant – Appellee.

----------------------------

VIRGINIA BANKERS ASSOCIATION,

Amicus Supporting Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District
Judge.  (7:08-cv-00515-gec)

Submitted: August 7, 2009          Decided: August 26, 2009

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brian M. Maul, GORDON & SIMMONS, LLC, Frederick, Maryland, for
Appellants.  Paul M. Black, SPILMAN THOMAS & BATTLE, PLLC,
Roanoke, Virginia; Alan D. Wingfield, TROUTMAN SANDERS LLP,

Richmond, Virginia, for Appellee. Joseph E. Spruill, III, VIRGINIA BANKERS ASSOCIATION, Glen Allen, Virginia, for Amicus Supporting Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

T. Michael Scott, Suffern Associates, LLC, Catherine C. Davis, and Michael D. Davis appeal the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(6) motion to dismiss their civil action and denying leave to amend their complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scott v. Branch Banking & Trust Co., 588 F. Supp. 2d 667 (W.D. Va. 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED